**Dismiss and Opinion Filed February 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00921-CV**

**PATRICK ECHOLS, Appellant**
**V.**
**MIKE CALHOUN, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-01089-D**

## MEMORANDUM OPINION

Before Justices Schenck, Molberg, and Pedersen, III
Opinion by Justice Molberg

Appellant Patrick Echols, appearing pro se, filed a half-page, single spaced brief that fails to comply with the rules of appellate procedure. *See* TEX. R. APP. P. 38.1. Significantly, and among other failures, the brief does not contain (1) a concise statement of the nature of the case, the course of proceedings, and the trial court's disposition of the case supported by record references, (2) a concise statement of all issues or points presented for review, (3) a concise statement of the facts pertinent to the issues or points presented, supported by record references; (4) a clear and concise argument for the contentions made, with appropriate citations to authorities

and to the record, or (5) a short conclusion that clearly states the nature of the relief sought. *See id*. 38.1(d), (f), (g), (i), (j).  On January 27, 2021, we directed appellant to file within ten days an amended brief in compliance with the rules and cautioned that failure to comply could result in dismissal of the appeal.  Despite our direction, appellant has not filed an amended brief.  Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1), 38.9(a), 42.3(b), (c).

200921f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PATRICK ECHOLS, Appellant

No. 05-20-00921-CV     V.

MIKE CALHOUN, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas Trial Court Cause No. CC-20-01089-D.

Opinion delivered by Justice Molberg. Justices Schenck and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MIKE CALHOUN recover his costs of this appeal from appellant PATRICK ECHOLS.

Judgment entered this 23rd day of February, 2022.